**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **ANDERSON L. WILLIAM,** | |
| Plaintiff, | 1:20-cv-00104-WAL-GWC |
| v. | |
| **HESS CORP. and HESS OIL VIRGIN ISLANDS CORP.,** | |
| Defendants. | |

TO:  Korey A. Nelson, Esq.
   Warren T. Burns, Esq.
   J. Russell B. Pate, Esq.
   Carl A. Beckstedt, III, Esq.
   Carolyn F. O'Connor, Esq.
   Joseph T. Hanlon, Esq.

**ORDER AMENDING SCHEDULING ORDER**

THIS MATTER is before the Court upon Plaintiff's Motion for Extension of Time to Complete Discovery (ECF No. 36). This order is issued without necessity or expectation of response given Plaintiff's statement that Defendants "have indicated that they do not take a position on this motion and will not file an opposition." Mot. at 1 n.1.

Having reviewed the motion and being advised in and satisfied with the premises therein, the Court finds good cause to amend the scheduling order and will grant the motion.

WHEREFORE, it is now hereby **ORDERED**:

*William v. Hess Corp. et al.*
1:20-cv-00104-WAL-GWC
Order Amending Scheduling Order
Page 2

1. Plaintiff's Motion for Extension of Time to Complete Discovery (ECF No. 36) is **GRANTED**.

2. The Scheduling Order (ECF No. 17), entered December 17, 2020, is hereby **AMENDED** as follows:

    a. All factual discovery, including written discovery and fact witness depositions, shall be completed no later than **January 28, 2022**.

    b. Mediation shall be completed no later than **June 17, 2022**, and shall be conducted pursuant to Local Rules of Civil Procedure Rule 3.2.

    c. Plaintiff's experts shall be named and copies of their opinions, as provided in Fed. R. Civ. P. 26(a)(2), shall be served upon opposing counsel no later than **January 31, 2022**.

    d. Defendants' experts shall be named and copies of their opinions, as provided in Fed. R. Civ. P. 26(a)(2), shall be served upon opposing counsel no later than **March 30, 2022**.

    e. Any and all experts' depositions, as provided in Fed. R. Civ. P. 26(a)(2), shall be completed no later than **May 18, 2022**. No rebuttal reports are allowed without leave of Court.

    f. Any and all dispositive motions shall be filed with the Court no later than **July 29, 2022**. No extensions for filing opposition or reply briefs are allowed without leave of Court. If no dispositive motions will be

*William v. Hess Corp. et al.*
1:20-cv-00104-WAL-GWC
Order Amending Scheduling Order
Page 3

      filed in the case, the parties shall file with the Court, no later than **July 22, 2022**, a joint notice stating that the parties have not filed and do not intend to file any dispositive motions.

    g.    Any and all *Daubert* motions shall be filed with the Court no later than **August 26, 2022**.

    h.    A status conference is scheduled for **January 31, 2022**, at **10:00 a.m.**,[1] and **August 1, 2022**, at **10:00 a.m.**, in Magistrate Judge's chambers. A status conference is scheduled for **December 30, 2022**, at **10:00 a.m.**, before U.S. District Judge Wilma A. Lewis in STX Courtroom 1.[2]

3.    All other dates, deadlines, and provisions in the said Scheduling Order (ECF No. 17), entered December 17, 2020, remain unchanged and in full force and effect.

                                                ENTER:

Dated: August 26, 2021                            /s/ George W. Cannon, Jr.
                                                                    GEORGE W. CANNON, JR.
                                                                    U.S. MAGISTRATE JUDGE

---

[1] All times stated herein are Atlantic Standard Time.
[2] These amended dates cancel the status conferences set for October 1, 2021, and April 1, 2022, before U.S. Magistrate Judge George W. Cannon, Jr., and for September 22, 2022, before U.S. District Judge Wilma A. Lewis.